IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Neary, Leticia

Printed: 7/8/08

Case Number: 05 B 00580
Judge: Hollis, Pamela S
Filed: 1/7/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 14, 2007
Confirmed: April 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 45,772.46 |  |
| Secured: |  | 38,769.78 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 2,095.06 |
| Other Funds: |  | 2,207.62 |
| Totals: | 45,772.46 | 45,772.46 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 8,179.97 | 8,179.97 |
| 3. | Chase Manhattan | Secured | 30,589.81 | 30,589.81 |
| 4. | Cope | Unsecured |  | No Claim Filed |
| 5. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 41,469.78 | $ 41,469.78 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 247.64 |
| 3% | 140.82 |
| 5.5% | 700.68 |
| 5% | 231.65 |
| 4.8% | 418.40 |
| 5.4% | 355.87 |
|  | _____ |
|  | $ 2,095.06 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Neary, Leticia

Printed:  7/8/08

Case Number:  05 B 00580
Judge:  Hollis, Pamela S
Filed:  1/7/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

